# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER PARKS, Individually,** | : | **CIVIL ACTION** |
| **and on Behalf of All Others** | : | |
| **Similarly Situated,** | : | |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | NO. 13-4425 |
| | : | |
| **ZAYO BANDWIDTH, LLC, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   10th   day of February, 2016, upon careful consideration of Defendant Zayo's motion to dismiss (Document #31), the plaintiff's response thereto (Document #52), Defendant Zayo's reply brief (Document #65), and after a hearing on the motion, IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.